Negley Gardens, Inc., Appellant, *v.* Board of Property Assessment.
Schenley Land Company, Appellant, *v.* Board of Property Assessment.

Argued March 17, 1965. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Leonard M. Mendelson,* with him *Edward C. Leckey,* for appellants.

*John F. Murphy,* Assistant County Solicitor, with him *James Victor Voss,* Assistant County Solicitor, *Francis A. Barry,* First Assistant County Solicitor, and *Maurice Louik,* County Solicitor, for board, appellee.

OPINION PER CURIAM, April 20, 1965:

The orders of the Court of Common Pleas of Allegheny County are vacated and the matters are remanded to that court for further consideration and for such further proceedings as may be required in light of our recent decisions in *Deitch Co. v. Bd. of Property Assessment,* 417 Pa. 213, 209 A. 2d 397 (1965), *McKnight Shopping Center, Inc. v. Bd. of Property Assessment,* 417 Pa. 234, 209 A. 2d 389 (1965), *Rieck Ice Cream Co. Appeal,* 417 Pa. 249, 209 A. 2d 383 (1965), and *Pittsburgh Miracle Mile Town & Country Shopping Center, Inc. v. Bd. of Property Assessment,* 417 Pa. 243, 209 A. 2d 394 (1965).

Mr. Chief Justice BELL concurs in the result.